**Information to identify the case:**

| | |
|---|---|
| Debtor 1: | **Konstantinos Kapatos** |
| | First Name   Middle Name   Last Name |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court: | Eastern District of New York |
| Case number: | **1−23−40056−ess** |

Social Security number or ITIN:   xxx−xx−8487
EIN:   _ _−_ _ _ _ _ _ _

Social Security number or ITIN:   _ _ _ _
EIN:   _ _−_ _ _ _ _ _ _

Date case filed for chapter:   7    1/10/23

# NOTICE OF DISCOVERY OF ASSETS

**NOTICE IS HEREBY GIVEN THAT:**

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before May 11, 2023** .

A Proof of Claim form, "Official Form 410", can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website Electronic Filing of Proof of Claim (ePOC) at http://www.nyeb.uscourts.gov/electronic−filing−proof−claim−epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD−ROM/DVD or flash drive and mail it to the address stated above.

Dated: February 10, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdasPOC12a.jsp** [Discovery of Assets rev. 02/01/17]